IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DANNY ALLEN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-467 |
| | § | |
| CITY OF GALVESTON, ET AL. | § | |

## O R D E R

On August 8, 2007, this Court conducted a Hearing on a discovery dispute in the above-styled and numbered cause. The Court, having considered arguments of counsel is of the opinion that the following Orders are appropriate.

It is **ORDERED** that at a mutually acceptable time on or before August 17, 2007, the Defendant, City of Galveston, **SHALL** make available for viewing by Plaintiffs' counsel all letters of disciplinary action taken against Police Officers from those Officers' civil service files related to citizen complaints submitted by persons against Galveston Police Officers from July 5, 2002 through July 5, 2005, together with copies of the citizen complaints which resulted in the disciplinary action taken by the Galveston Police Department.

**DONE** at Galveston, Texas, this _____8th_____ day of August, 2007.

John R. Froeschner
United States Magistrate Judge